IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN D. STONE,<br><br>          Plaintiff,<br><br>v.<br><br>JAMBA, INC., MICHAEL A. DEPATIE, LORNA DONATONE, RICHARD L. FEDERICO, ANDREW R. HEYER, DAVID A. PACE, JAMES C. PAPPAS, GELNN W. WELLING, JAY MERGER SUB, INC., and FOCUS BRANDS INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:18-cv-01304-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

WHEREAS, Plaintiff filed the above-captioned action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of Jamba, Inc. ("Jamba") by Focus Brands Inc. ("Parent") and its wholly-owned subsidiary, Jay Merger Sub, Inc. ("Merger Sub," and together with Parent, "Focus") pursuant to a Recommendation Statement filed with the United States Securities and Exchange Commission ("SEC") on or around August 15, 2018 (the "Transaction");

WHEREAS, the Action asserted claims for violations of sections 14(e) and 20(a) of the Securities Exchange Act of 1934 by Defendants alleged to have been made in Jamba's Recommendation Statement;

WHEREAS, on September 4, 2018, Jamba filed an amendment to the Recommendation Statement that addressed and mooted claims regarding the sufficiency of the disclosures in the Recommendation Statement;

WHEREAS, it is the current intention of counsel for Plaintiff to submit an application seeking an award of mootness fees (the "Fee Application") in connection with the mooted claims if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, all of the Defendants in the Action reserve all rights, arguments and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application or award;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2018 that:

1. The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's forthcoming Fee Application, if that becomes necessary.

4. This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7. If the parties reach an agreement concerning the Fee Application, they will notify the Court. Upon such notification, the Court will close the Action.

Dated: September 14, 2018

OF COUNSEL:

LEVI & KORSINSKY LLP
Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
Email: denright@zlk.com
etripodi@zlk.com

O'KELLY ERNST & JOYCE, LLC

_____
Ryan M. Ernst (#4788)
901 N. Market St., Suite 1000
Wilmington, DE, 19801
Telephone: (302) 778-4000
Facsimile: (302) 295-2873
Email: rernst@oelegal.com
dmurray@oelegal.com

*Attorneys for Plaintiff John D. Stone*

DLA PIPER LLP (US)

_____
David Priebe
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000

3

*Attorneys for Defendants Jamba, Inc., Michael A. Depatie, Lorna Donatone, Richard L. Federico, Andrew R. Heyer. David A. Pace, James C. Pappas, and Glenn W. Welling*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Geoffrey Chepiga*
Geoffrey Chepiga
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Attorneys for Defendants Focus Brands Inc. and Jay Merger Sub, Inc.*

IT IS SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

4